# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JANE CLARK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 17-146-CG-MU ) |
| DOLLAR TREE STORES, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal (Doc. 23), all claims in this action are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear her or its own costs.

**DONE and ORDERED** this 2nd day of March, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE